ALBANY,
Feb. 1810.

PLATT
v.
STORER.

smith's tools, which were advertised for sale, at auc-tion, at a particular time and place ; on the day of sale, and after two bids were made, one of the bidders, who had bid 12 dollars, refused to bid more, until he saw the tools. The defendants objected to adjourning the sale to a different place; but the constable adjourned to the blacksmith's shop, where the tools were, at the distance of more than a mile from the place where the auction commenced, and there sold the tools to the highest bidder, for 24 dollars. The jury found a verdict against the plaintiff, in error, on which the justice gave judgment.

*N. Williams*, for the plaintiff in error.

*N. King*, contra.

## PLATT *against* STORER.

A plaintiff in a justice's court may withdraw and be nonsuited,before the jury give in their verdict.

IN error, on *certiorari.* After the jury, before the justice, came into court with their verdict, the plaintiff withdrew, and did not again appear. The justice pro-ceeded to take the verdict, which was for the defendant, and gave judgment accordingly.

·*Per Curiam.* The plaintiff has a right to withdraw, and submit to a nonsuit; and if he does, the verdict ought not to be received. It is as reasonable that a plaintiff should have this privilege in a justice's court, as in any other; for the verdict and judgment are equally a bar to a new suit in that court. The judgment below must be reversed.

Judgment reversed.